# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 25-0994-JPR**                                         Date: **April 21, 2025**
Title:  **Bernard Taruc v. Smartstop Self Storage et al.**
==================================================================

**DOCKET ENTRY: Order to Plaintiff to Show Cause**
==================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANTS:
                None present                                                None present

**PROCEEDINGS: (IN CHAMBERS)**

On February 5, 2025, Plaintiff filed the Complaint in this civil action. He filed a proof of service on each named Defendant on February 26. On March 17, the parties filed a joint stipulation to extend the time for Defendants to answer the Complaint, and on March 19, the Court denied it without prejudice to refiling in compliance with the Local Rules. The parties did not refile the stipulation.

The time for Defendants to answer the Complaint has now passed, and they have not challenged service in any way or otherwise responded to the Complaint. See Fed. R. Civ. P. 12(a)(1), (b). Any such objection may therefore be waived. See Fed. R. Civ. P. 12(h). But nor has Plaintiff moved for entry of default. See Fed. R. Civ. P. 55(a).

Accordingly, Plaintiff must move for entry of default within 14 days of the date of this order or show cause in writing why this action should not be dismissed for failure to prosecute. If he does neither, the action will likely be dismissed. Within 30 days of any entry of default, Plaintiff must move for default judgment or, again, this action will likely be dismissed for failure to prosecute.

MINUTES FORM 11                                                              Initials of Deputy Clerk_____
CIVIL-GEN