JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 25-0994-JPR**                          Date: **June 10, 2025**

Title: **Bernard Taruc v. Smartstop Self Storage et al.**

================================================================

**DOCKET ENTRY: Order Dismissing Case**

================================================================

PRESENT:

### HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE

|  |  |
|---|---|
| Bea Martinez | n/a |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                    None present

**PROCEEDINGS: (IN CHAMBERS)**

On May 5, 2025, the parties filed a notice of settlement.  The next day the Court entered an order directing that if "Plaintiff does not file a notice of dismissal or some other request for relief within 30 days, the Court will dismiss the case without prejudice." (ECF No. 16.)  Thirty days have come and gone with no filing of any kind from Plaintiff.  Accordingly, this action is DISMISSED without prejudice; the Clerk is directed to close the case.